UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON,<br>Petitioner,<br>v.<br>CHANCE ANDES, Warden,<br>Respondent. | Case No. 2:26-cv-05190-RGK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 16). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 17) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

//

//

IT IS THEREFORE ORDERED that (1) Respondent's motion to dismiss (Dkt. 9) is granted, and (2) the Petition is dismissed without prejudice because the one remaining claim is unexhausted.

DATED: 9/24/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE