JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON,<br>Petitioner,<br>v.<br>CHANCE ANDES, Warden,<br>Respondent. | Case No. 2:26-cv-05190-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 9/24/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE